IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HINOJOSA, *on behalf of himself and all others similarly situated*, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | 1:19-CV-835-RP |
| MERCHANTS AND PROFESSIONAL BUREAU, INC., | § § § § | |
| Defendant. | § § | |

# FINAL JUDGMENT

On this date, the Court issued an order granting Defendant Merchants and Professional Bureau, Inc.'s Motion to Dismiss, (Dkt. 12), and dismissing Plaintiff Christopher Hinojosa's claims with prejudice. As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on December 15, 2020.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE